**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**Criminal Case No.**

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**

**1. TIMOTHY DOYLE YOUNG,**

    **Defendant.**

---

**INDICTMENT**

**18 U.S.C. §§ 111(a)(1) & (b);
Assault on a Federal Officer or Employee With a Deadly or Dangerous Weapon**

---

    The Grand Jury charges:

    On or about November 24, 2009, at the Administrative Maximum Security (ADX) institution at the Federal Correctional Complex at Florence, in the State and District of Colorado, the defendant, TIMOTHY DOYLE YOUNG, did intentionally forcibly assault, resist, oppose, impede, intimidate and interfere with the victim, Richard Madison, an officer and employee of the Federal Bureau of Prisons, an agency of a branch of the United States government, as designated in Title 18, United States Code, Section 1114, while the victim was engaged in the performance of his official duties; and in the commission of said acts, the defendant used a deadly and dangerous weapon, to wit: a sharpened metal instrument, commonly referred to as a "shank."

All in violation of Title 18, United States Code, Sections 111(a)(1) and (b).

A TRUE BILL:

*Ink signature on file in the Clerk's Office*
FOREPERSON

JOHN F. WALSH
United States Attorney

By: *s/Richard A. Hosley*
RICHARD A. HOSLEY
Assistant United States Attorney
1225 17th Street, Suite 700
Denver, CO 80202
303-454-0100
Fax 303-454-0403
Email: richard.hosley@usdoj.gov
Attorney for the government