FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO
2011 FEB -3 PM 4:06
GREGORY C. LANGHAM
CLERK
BY ______ DEP. CLK

U.S. District Court
District of Colorado

United States

v. #10-CR-493

Timothy Doyle Young

Defendant's Exhibits #87 - #93

① The attached seven pages are marked as exhibits #87 through #93 and are submitted as evidence in this case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on
Jan. 31, 2011

Tim Young

Timothy Doyle Young #60012-001
USP-Max-ADX
POBox 8500
Florence, CO 81226

Claim for Damages
Standard Form #95

---

(1) Bureau of Prisons
OGC - Litigation Branch
320 First St., N.W.
Washington, DC 20534

(2) Timothy Doyle Young #60012-001
USP - Max - ADX
POBox 8500
Florence, CO 81226

(3) N/A

(4) 5 - 25 - 58

(5) Single

(6) Jan. 12, 2011

(7) N/A

(8) Privacy Act 5 USC 3552a and

Colorado State law.

On Wed. Jan. 12, 2011 I gave the Unit Team a Homemade legal envelope containing the appeal for #604117-A2. The package contained a total of 84 pages (see #10-CR-493 (D. Colo) exhibits #87 - #93).

The Mailroom has confirmed that this package has not been placed in the U.S. Mail in violation of BOP Policy, BOP "Rights", the Federal Statutes, the U.S. and Colorado Constitutions, etc.

(9) N/A

(10) N/A

(11) Mailroom Staff.

(12a) $9,979.00 (12b) N/A (12c) N/A (12d) $9,979.00

(13a) [signature] (13b) N/A (14) Jan. 31, 2011

(15) —— (19) N/A

SF95 - p. Two

#88

# Certificate of Service

I deposited an envelope in the U.S. Mail with first class postage attached addressed to:

(1) Bureau of Prisons
General Counsel
320 First St., N.W.
Washington, D.C 20534

It contains:

a) #604117-F1 and response.
b) #604117-F2 (renumbered #611848-F1).
c) #604117-F3 (renumbered #613908-F1).
d) #604117-R3 (renumbered as "R1").
e) " response.
f) #604117-A1.
g) #604117-A2 (four copies).
h) Eighteen (18) exhibits (four copies each).
i) This certificate.

Eighty-Four (84) pages total.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on
Jan. 12, 2011

[signature]

#89

# Declaration

## Affidavit of Timothy Doyle Young

I, Timothy Doyle Young, make the following statement under penalty of perjury:

(1) On Wed. Jan. 12, 2011 I placed 3 items under my cell door for the Unit Team to mail. The items were: (a) one letter-size envelope containing one page and addressed to the USDC in Newark, N.J., (b) one letter-size envelope containing one page addressed to the USDC in Las Cruces, NM, and (c) one homemade legal envelope addressed to the BOP, General Counsel, 320 First St. N.W., Washington, D.C. 20534 containing 84 pages that made up the appeal for #604117-A2.

(2) The exact text is as follows:

"The BOP has changed its story several times (see BP10) and has

attempted to derail this grievance numerous times with false rejections, renumbering resubmissions, failing to respond within the time limits, failing to mail appeals "R1" and "R2" (attached), ignoring requests for a copy of the BP8, refusing to file the 7-13-2010 BP9 about this issue, destroying the BP8 attached to the 7-13-2010 BP9, etc. U.M. Rangel started interfering with my access to photocopying immediately after the Opening Brief was filed in #10-1576 (1st Cir.). I request that my access to photocopying is restored again (see #425106), the return of more than 300 documents, and criminal charges filed against U.M. Rangel (e.g., 18 USC §241, §1001, §§1501 et seq., etc.). Certificate of Service attached."

(3) The above is an exact copy of

appeal #604117-A2 given to the Unit Team on Jan. 12, 2011.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on Jan. 31, 2011

Tim Y

Timothy Doyle Young #60012-001
USP-Max-ADX
PO Box 8500
Florence, CO 81226

U.S. DEPARTMENT OF JUSTICE
Federal Bureau of Prisons

**REQUEST — AUTHORIZATION TO MAIL INMATE PACKAGE**

REQUEST

| Name of Inmate | Register No. | Institution |
|---|---|---|
| Timothy Doyle Young | 60012-001 | ADX |
| Item(s) | | Value |
| Homemade legal env. - Legal Mail 84 Pages | | $8.40 |

I am requesting that the above items be sent from the Institution to the address specified. The item(s) are my personal property. Total value is as shown above. I understand that if I insure the property, the USPS will only indemnify the ACTUAL value of the property up to the amount of insurance purchased. I will provide sufficient postage stamps to cover the cost of mailing and all services requested. I have completed the mailing label, below.

First class postage only

Insure? YES NO Certify? YES NO Register? YES NO Return Receipt? YES NO

Inmate Signature: [signature] Date: 1-12-2011

APPROVAL

The above inmate is authorized to ship the item(s) shown.

Signature of Authorized Staff: Date:

PROCESSING

Property indicated above was packed and sealed in the inmates presence.

Signature of Authorized Staff: Date:

Property indicated above was received and mailed on the date indicated. The following services were provided as requested above: (circle as appropriate)

**INSURED CERTIFIED REGISTERED–Number assigned** ______________

**RETURN RECEIPT REQUESTED – YES NO Total Stamps Provided = $** ______________

Mail Officer signature: Date

After mailing send copies of this form to : Original Mail Room, Copy – Inmate, R&D, Central File

USP LVN PRINTED ON RECYCLED PAPER BP-329(58) February 1984

FROM: Timothy Doyle Young
Name

#60012-001
Box or Street Address

[Addresses on env.]
City, State and ZIP Code

Legal Mail

Postage Stamps Here

TO: Bureau of Prisons
Washington, DC 20534

#93

# Certificate of Service

I deposited two envelopes in the U.S. Mail with first class postage attached addressed to:

1. U.S. District Court
   901 19th St.
   Denver, CO 80294-3589

2. U.S. Attorney
   Suite #700
   1225 17th St.
   Denver, CO 80202

re: Defendant's Exhibits #87 - 93.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on
Jan. 31, 2011

[signature]

Timothy Doyle Young #60012-001
USP-Max-ADX PO Box 8500
Florence, CO 81226

USA44
USA44
Name: Timothy Doyle Young
Reg. No: 66012-001
U.S. PENITENTIARY MAX-ADX
P.O. BOX 8500
FLORENCE, CO 81226-8500
RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
FEB 03 2011
GREGORY C. LANGHAM
CLERK
U.S. District Court
Gregory Langham - Clerk
901 19th St.
Denver, CO
80294-3589