**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**HONORABLE MARCIA S. KRIEGER**

Courtroom Deputy:  Patricia Glover            Date: August 15, 2011
Court Reporter:    Paul Zuckerman
Probation Officer: Justine Kozak

Criminal Action No. 10-cr-00493-MSK

*Parties*:                                    *Counsel*:

UNITED STATES OF AMERICA,                     Gregory Holloway

       Plaintiff,

v.

TIMOTHY DOYLE YOUNG,                          Arthur Nieto

       Defendant.

---

### SENTENCING MINUTES
_____

**9:14 a.m.**     **Court in session**.

Defendant present in custody.

**Defendant found guilty of Count 1 of the Indictment by jury on January 20, 2011**

**ORDER:**   Defendant's Motion for Order (**Doc. #123**); Defendant's Motion for Writ of Habeas Corpus (**Doc. #124**) and Defendant's Motion to Strike (**Doc. #137**) are all **DENIED**.

The Court addresses Document #132.

**ORDER:**   Defendant's filing at Document #132 is **UNSEALED**.

Parties received and reviewed the presentence report and all addenda.

**9:22 a.m.**    **Court in recess**
**9:33 a.m.**    **Court in session**

The parties **do not** dispute the facts contained in the presentence report.

The defendant **does** dispute the calculation of the sentence under the Federal Sentencing Guidelines as set forth in the original presentence report. Argument.

Sentencing Minutes
Judge Marcia S. Krieger
Page 2

The parties **do not** request departure.

The Government **does** contend that the sentence should be different from that calculated under the Sentencing Guidelines in light of the sentencing objectives set forth in 18 U.S.C. Section 3553(a). **(Doc. #130).** Argument.

Allocution. - Statements made by:  The defendant.

After consideration of the provisions of 18 U.S.C. 3553 (a), the Court announces the sentence it intends to impose as reflected in the record.  Counsel are offered the opportunity for further argument.   No further argument.

**ORDER:**    The Government's Motion for Non-Guideline Sentence (**Doc. #130**) is **GRANTED.**

**ORDER:    THE DEFENDANT IS SENTENCED AS REFLECTED IN THE RECORD.**

The defendant is advised of his right to appeal.

**ORDER:**    Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

**10:05 a.m.    Court in recess.**

Total Time:    47 minutes.
Hearing concluded.